UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, and KYLE FOREMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>    Defendants. | Case No. 4:24-cv-00803-SRB |

## SPECIALLY APPEARING DEFENDANT
## EXXON MOBIL CORPORATION'S MOTION TO TRANSFER VENUE

Specially Appearing Defendant Exxon Mobil Corporation ("ExxonMobil")[1], by and through its undersigned counsel, hereby makes this special appearance and moves this Court for an order transferring venue to the United States District Court for the District of Kansas pursuant to the first-filed rule.

---

[1] Exxon Mobil Corporation specially appears only to contest venue via the first-filed rule. By filing this motion, ExxonMobil does not concede jurisdiction is proper in the District of Kansas or the Western District of Missouri, and the instant motion does not prevent ExxonMobil from subsequently filing 12(b) motions in either forum, including but not limited to motions challenging personal jurisdiction under 12(b)(2). ExxonMobil explicitly preserves all defenses under Rule 12(b) and intends to file such motions after the appropriate forum is determined. *See* Fed. R. Civ. P. 12(h)(1). *Lewis & Clark Reg. Water Sys., Inc. v. Carstensen Contracting, Inc.*, 355 F. Supp. 3d 880 (D.S.D. Dec. 31, 2018); *Dekalb Genetics Corp. v. Syngenta Seeds, Inc.*, No. 4:06CV01191-ERW, 2007 WL 1223510, at *5 (E.D. Mo. Apr. 24, 2007).

1

In support of this Motion, ExxonMobil incorporates herein and relies upon its Suggestions in Support filed contemporaneously with this Motion.

WHEREFORE, ExxonMobil respectfully requests that this Court grant its motion to transfer venue from the United States District Court for the Western District of Missouri to the United States District Court for the District of Kansas.

Dated: December 22, 2024

Respectfully submitted,

**LATHROP GPM LLP**

By: */s/ Richard N. Bien*
    Richard N. Bien    (MO #31398)
    William F. Ford    (MO #35116)
    Emma C. Halling    (MO #75986)
    Grant A. Harse    (KS #001043)
    Brody Sabor    (MO #73421)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108
    Telephone: (816) 292-2000
    Telecopier: (816) 292-2001
    richard.bien@lathropgpm.com
    bill.ford@lathropgpm.com
    emma.halling@lathropgpm.com
    grant.harse@lathropgpm.com
    brody.sabor@lathropgpm.com

-AND-

David J. Lender
(Pro Hac Vice to be filed)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
david.lender@weil.com

>David R. Singh
>(Pro Hac Vice to be filed)
>WEIL, GOTSHAL & MANGES LLP
>201 Redwood Shores Parkway
>Redwood Shores, California 94065
>Telephone: (650) 802-3000
>Telecopier: (650) 802-3100
>david.singh@weil.com
>
>*Attorneys for Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

>*/s/ Richard N. Bien*
>Richard N. Bien
>*An Attorney for Exxon Mobil Corporation*