UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, and KYLE FOREMAN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br>  v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>                     Defendants. | Case No.: 4:24-cv-00803-SRB |

**CONSENT MOTION TO EXTEND SPECIALLY APPEARING DEFENDANT EASTMAN CHEMICAL COMPANY'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND SUGGESTIONS IN SUPPORT**

COMES NOW Eastman Chemical Company, specially appearing by and through counsel, and moves for an Order extending by 28 days—up to and including February 10, 2025—Eastman's deadline to respond to Plaintiffs' Complaint. Plaintiffs' counsel has consented to the relief requested in this motion.

By specially appearing and moving for this extension, Eastman does not concede that it is subject to jurisdiction in this Court and reserves all defenses under Federal Rule of Civil Procedure 12(b).

**SUGGESTIONS IN SUPPORT**

In support of this motion, Eastman states as follows:

1.       Counsel for Eastman and Plaintiffs have conferred on the requested relief. By email

of January 7, 2025, Plaintiffs' counsel, Mr. Rex Sharp, confirmed his agreement to extending Eastman's response deadline to February 10, 2025.

2. Eastman was served with the Complaint on December 23, 2024. Its current response deadline is January 13, 2025. The requested 28-day extension would result in a new response deadline of February 10, 2025.

3. Eastman is requesting this extension due to the complexity of Plaintiffs' Complaint, which is 300 paragraphs long and purports to bring 45 separate claims on behalf of various nationwide and state subclasses. The Complaint was also served on Eastman in the middle of the holiday season.

4. As of the date of this filing, it does not appear that all Defendants have been served. However, the parties are discussing a coordinated briefing schedule to aid in the efficient handling of this case and to minimize the burden on the Court. Based on those discussions, Eastman may request a further extension of its response deadline.

5. As of this filing, Eastman's time to respond to the Complaint has not expired.

6. This Consent Motion is filed as a good-faith effort to allow an appropriate amount of time for Eastman to respond to the Complaint. It is not filed to create unnecessary delay.

WHEREFORE, Defendant Eastman Chemical Company respectfully asks that the Court enter an Order extending Eastman's deadline for responding to the Complaint by 28 days, to and including February 10, 2025.

Dated: January 9, 2025 Respectfully submitted,

ARMSTRONG TEASDALE LLP


By: */s/ Karrie J. Clinkinbeard*
    Karrie J. Clinkinbeard    #51413
    Brian M. Nye    #69545
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    816.221.3420
    816.221.0786 (Facsimile)
    kclinkinbeard@atllp.com
    bnye@atllp.com

    R. Trent Taylor (*pro hac vice* forthcoming)
    Gregory J. DuBoff (*pro hac vice* forthcoming)
    MCGUIREWOODS LLP
    800 E. Canal Street
    Richmond, Virginia 23219
    (804) 775-1000
    rtaylor@mcguirewoods.com
    gduboff@mcguirewoods.com

    Michael E. Scoville (*pro hac vice* forthcoming)
    MCGUIREWOODS LLP
    888 16th Street NW
    Washington, D.C. 20006
    (202) 857-1700
    mscoville@mcguirewoods.com

***Attorneys for Defendant Eastman Chemical Company***

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of January, 2025, a copy of the above pleading was served via the District Court ECM/ECF system on all counsel of record.

              /s/ *Karrie J. Clinkinbeard*
              Attorney for Defendant Eastman
              Chemical Company