# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### AT KANSAS CITY

BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, and KYLE FOREMAN, individually and on behalf of all others similarly situated,

        Plaintiffs,

  v.

EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,

        Defendants.

Case No.: 4:24-cv-00803-SRB

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant American Chemistry Council, Inc. ("ACC") states that the following publicly held corporation owns more than 10% of its stock:

• None

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, ACC states that it is incorporated in New York with its principal place of business in Washington, D.C.. Thus, under 28 U.S.C. § 1332(c)(1), American Chemistry Council is a citizen of New York and Washington, D.C..

Date:  January 22, 2025

Respectfully submitted,

/s/ *Zachary Parker*
Zachary Parker (SBN 71120)
zparker@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

David L. Anderson (*pro hac vice forthcoming*)
dlanderson@sidley.com
Sheila A.G. Armbrust (*pro hac vice forthcoming*)
sarmbrust@sidley.com
David A. Goldenberg (*pro hac vice forthcoming*)
dgoldenberg@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

**ATTORNEYS FOR DEFENDANT
AMERICAN CHEMISTRY COUNCIL**

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 22nd day of January 2025, which will send notification of the same to all counsel of record.

<u>/s/ *Zachary Parker*                    </u>
Zachary Parker