IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:24-cv-00803-SRB |

**JOINT MOTION AND [PROPOSED] CONSENT ORDER REGARDING MOTIONS, BRIEFING SCHEDULES AND PAGE LIMITS**

**WHEREAS**, on January 17, 2025, Plaintiffs filed a 98-page First Amended Class Action Complaint, Dkt. 48, in the above-captioned action;

**WHEREAS**, Defendants[1] intend to respond to the First Amended Class Action Complaint by filing dispositive Rule 12(b) motions, including, but not necessarily limited to, motions to

---

[1] LyondellBasell Industries, N.V. contends it has not been served in this matter, so it is not a party to this Consent Motion. Any newly-appearing parties will be entitled to join and benefit from the schedule outlined in this motion.

dismiss for lack of subject matter and personal jurisdiction, motions to dismiss for failure to state a claim, and/or motions to strike certain allegations (collectively, "Motions to Dismiss");

**WHEREAS**, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by setting a briefing schedule for Defendants' forthcoming Motions to Dismiss, Plaintiffs' Oppositions, and Defendants' Replies (hereinafter "Consent Motion");

**WHEREAS,** this Consent Motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal or subject matter jurisdiction; and

**WHEREAS,** the Parties through their undersigned counsel have conferred and consented to the entry of this Consent Motion, and good cause has been shown;

**IT IS HEREBY AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1. Defendants' Motions to Dismiss shall be filed by **March 10, 2025**. This is expected to include the following motions: (1) Defendants' Joint Motion to Dismiss for Lack of Personal Jurisdiction; (2) Defendants' Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim; and (3) any Individual Defendant Motion to Dismiss, which will cover grounds for dismissal that are unique to that Defendant.

2. Plaintiffs' Oppositions to Defendants' Motions to Dismiss shall be filed by **April 18, 2025**.[2]

---

[2] With respect to Personal Jurisdiction briefing only, Plaintiffs may request personal jurisdictional discovery which would extend the briefing schedule on personal jurisdiction only. Plaintiffs and

3. Defendants' Replies to Plaintiffs' Oppositions to Defendants' Motions to Dismiss shall be filed by **May 28, 2025**.

4. The page limits for the briefing on Defendants' Motions to Dismiss shall be as follows:

 a. **Personal Jurisdiction Motion**: Defendants shall coordinate their efforts to file consolidated Suggestions in support of their Joint Motion to Dismiss for Lack of Personal Jurisdiction, which shall not exceed **10 pages**, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to this Motion to Dismiss shall not exceed **10 pages**. Defendants' consolidated Reply shall not exceed **5 pages**.

 b. **Joint Motion to Dismiss**: Defendants shall coordinate their efforts to file consolidated Suggestions in support of their Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, which shall not exceed **50 pages**, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to this Motion to Dismiss shall not exceed **50 pages**. Defendants' consolidated Reply shall not exceed **25 pages**.

 c. **Individual Rule 12 Motions:** If any individual Defendant believes it is necessary to file an additional individual Motion to Dismiss based on grounds unique to that Defendant, it may do so, and its Suggestions in support of that individual Motion shall not exceed **10 pages**, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to any individual Motion to

---

Defendants will meet and confer on that prospect, if it should come to pass, in an effort to avoid motion practice.

Dismiss shall not exceed **10 pages**. Any Defendant's individual Reply shall not exceed **5 pages**.

5. The parties agree that the above deadlines apply only to Defendants' Motions to Dismiss and the briefing for those Motions to Dismiss, and do not apply to any other motions or briefs that may be submitted by any party in this action.

6. The parties agree that the above deadlines apply to every Defendant who is a party to this Motion, and that the prior deadlines for each Defendant to respond to Plaintiffs' First Amended Class Action Complaint—including deadlines for which any Defendant has already been granted an extension of time by this Court—are vacated and superseded by this schedule.

Dated: January 22, 2025

Respectfully submitted,

/s/ Rex A. Sharp
Rex A. Sharp, MO #51205
Isaac L. Diel, MO #39503
W. Greg Wright, MO #49545
Sarah T. Bradshaw, MO #66276
Hammons P. Hepner, MO #77258
**SHARP LAW, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

Dave Rebein, KS #10476
**REBEIN BROTHERS, PA**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

Glenn I. Kerbs, KS #09754

/s/ Richard N. Bien
Richard N. Bien (MO #31398)
William F. Ford (MO #35116)
Emma C. Halling (MO #75986)
Grant A. Harse (MO #68948)
Brody Sabor (MO #73421)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2000
richard.bien@lathropgpm.com
bill.ford@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

David J. Lender (Pro hac vice to be filed)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
david.lender@weil.com

| | |
|---|---|
| Samantha F. Sweley, KS #26833<br>**KERBS LAW OFFICE, LLC**<br>1715 Central Ave.<br>Dodge City, KS 67801<br>Tel: (620) 255-0238<br>gkerbs@kerbslaw.com<br>ssweley@kerbslaw.com<br><br>*Attorney for Plaintiffs*<br>*and the Proposed Class* | David R. Singh (Pro hac vice to be filed)<br>**WEIL, GOTSHAL & MANGES LLP**<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Telephone: (650) 802-3000<br>Telecopier: (650) 802-3100<br>david.singh@weil.com<br><br>*Attorneys for Defendant, ExxonMobil Corporation*<br><br>/s/ *Thomas P. Schult*<br>Thomas P. Schult, MO Bar # 29986<br>Lauren Tallent, MO Bar # 72304<br>Courtney A. Kroeger, MO Bar # 77213<br>**BERKOWITZ OLIVER LLP**<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, Missouri 64108<br>Telephone: (816) 561-7007<br>Facsimile: (816) 561-1888 tschult@berkowitzoliver.com<br>ltallent@berkowitzoliver.com<br>ckroeger@berkowitzoliver.com<br><br>Joshua D. Dick (Petition for Admission *pro hac vice* forthcoming)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 393-8200<br>jdick@gibsondunn.com<br><br>Theodore J. Boutrous Jr. (Petition for Admission *pro hac vice* forthcoming)<br>Christopher D. Dusseault (Petition for Admission *pro hac vice* forthcoming)<br>Perlette Michèle Jura (Petition for Admission *pro hac vice* forthcoming)<br>Bradley J. Hamburger (Petition for Admission *pro hac vice* forthcoming)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000 tboutrous@gibsondunn.com<br>cdusseault@gibsondunn.com pjura@gibsondunn.com<br>bhamburger@gibsondunn.com |

*Attorneys for Defendant, Chevron U.S.A. Inc.*

*/s/ Tristan L. Duncan*
Tristan L. Duncan (MO #39525)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
Email: tlduncan@shb.com

Daniel B. Rogers (FL #0195634)
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-5171
Fax: 305-358-7470
Email: drogers@shb.com

*Attorneys for Defendant, Chevron Phillips Chemical Company LP (named improperly in Amended Complaint as Chevron Phillips Chemical Corporation)*

*/s/ Kara T. Stubbs*
Kara Trouslot Stubbs (MO Bar No. 43414)
**Baker Sterchi Cowden & Rice, LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: 816- 471-2121
Facsimile: 816- 472-0288
stubbs@bakersterchi.com

David L. Schrader (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Telephone: 213-612-2500
david.schrader@morganlewis.com

Rachel P. Raphael (admitted *pro hac vice*)
Drew Cleary Jordan (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

Telephone: 202-739-3000
rachel.raphael@morganlewis.com
drew.jordan@morganlewis.com

William T. McEnroe (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market St.
Philadelphia, PA 19103-3007
Telephone: 215-963-5000
william.mcenroe@morganlewis.com

*Attorneys for Defendant, DuPont de Nemours, Inc.*

*/s/ Booker T. Shaw*
Booker T. Shaw, #255480 MO
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6000
F: 314 552 7000
bshaw@thompsoncoburn.com

Richard Godfrey (*Pro Hac Vice* forthcoming)
R. Allan Pixton (*Pro Hac Vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacher Dr., Ste. 2700
Chicago, IL 60606
P: 312 705 7400
F: 312 705 7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

*Attorneys for Defendant, Celanese Corporation*

*/s/ Robert J. Hoffman*
Robert J. Hoffman MO# 76565
Robert M. Thompson MO# 38156
Grace E. Martinez MO# 70921
**BRYAN CAVE LEIGHTON PAISNER**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122
Telephone:(816)-374-3229
Telecopier:(816)-374-3300
bob.hoffman@bclplaw.com
rmthompson@bclplaw.com

grace.martinez@bclplaw.com

*Attorneys for the Dow Defendants*

*/s/ Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard #51413
Brian M. Nye  #69545
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@atllp.com
bnye@atllp.com

R. Trent Taylor (*pro hac vice* forthcoming)
Gregory J. DuBoff (*pro hac vice* forthcoming)
**MCGUIREWOODS LLP**
800 E. Canal Street
Richmond, Virginia 23219
(804) 775-1000
rtaylor@mcguirewoods.com
gduboff@mcguirewoods.com

Michael E. Scoville (*pro hac vice* forthcoming)
**MCGUIREWOODS LLP**
888 16th Street NW
Washington, D.C. 20006
(202) 857-1700
mscoville@mcguirewoods.com

*Attorneys for Defendant, Eastman Chemical Company*

/s/ *Dave L. Anderson*
Dave L. Anderson (petition for *pro hac vice* pending)
Sheila Armbrust (petition for *pro hac vice* pending)
David Goldenberg (petition for *pro hac vice* pending)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

Zachary Parker (SBN 71120)
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
zparker@sidley.com

*Attorneys for Defendant, American Chemistry Council*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, a copy of the above pleading was served via the District Court ECM/ECF system on all counsel of record.

/s/ *Tristan L. Duncan*_____
Attorney for Defendant
Chevron Phillips Chemical Company LP