# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

BILLIE RODRIGUEZ, et al.
      Plaintiffs,

v.

EXXON MOBIL CORPORATION, et al
      Defendants.

Case No. 4:24-cv-00803-SRB

## PLAINTIFFS' MOTION TO CLARIFY

Plaintiffs move the Court for an Order clarifying its Order granting Defendant-Intervenor the State of Kansas *ex rel.* Kris W. Kobach, Attorney General's ("Kansas AG") Motion for Limited Intervention. Doc. #85. Plaintiffs request clarification on whether the Court's Order permitting Kansas AG's intervention as a self-titled Defendant-Intervenor requires the Kansas AG to abide by the Parties' agreed upon Joint Motion for Consent Order Regarding Motions, Briefing Schedules and Pages Limits. Doc. #56. Specifically, Plaintiffs request clarification as to whether Kansas AG—as a newly appearing party—must coordinate with other Defendants in this case in filing consolidated Motions to Dismiss and comply with the page limits and briefing schedule as ordered by the Court. Doc. #58. In support of this Motion, Plaintiffs state:

1.      On January 22, 2025, Plaintiffs and Defendants[1] filed a Consent Order Regarding Motions, Briefing Schedules and Pages Limits ("Motion for Extension of Time"), which outlined

---

[1] As of the filing of the Joint Motion for Consent Order Regarding Motions, Briefing Schedules and Pages Limits, Defendants included Exxon Mobil Corporation, Chevron USA Inc., Chevron Phillips Chemical Corporation, DuPont de Nemours, Inc., DuPont Corporation, Celanese Corporation, Dow Inc., Dow Chemical Company, Eastman Chemical Company, LyondellBasell Industries N.V., and American Chemistry Council. Doc. #56 at 1. LyondellBasell Industries, N.V. contended that it had not yet been served in this case. Doc. #56 at 1 n.1. Plaintiffs have since served LyondellBasell Industries, N.V. using Hague Service, effective February 5, 2025 (filing of proof of service forthcoming).

the Parties' detailed negotiations over briefing schedules and page limits on Defendants' forthcoming Motions to Dismiss. Doc. #56.

2.      Upon review of the Motion for Extension of time, the Court granted the motion, which required Defendants to file any Motions to Dismiss on or before March 10, 2025, Plaintiffs to file their Oppositions to any Motions to Dismiss on or before April 18, 2025, and Defendants to file any Replies to Plaintiffs' Oppositions to Defendants' Motions to Dismiss on or before May 28, 2025. Doc. #58.

3.      The Order on the Motion for Extension of Time also granted the Parties' agreed upon page limit requests.[2] Doc. #58. The Parties' page limits for briefing then included: (1) Defendants' consolidated Personal Jurisdiction Motion will be 10 pages, Plaintiffs' Opposition as 10 pages, and Defendants' consolidated Reply as 5 pages; (2) Defendants' consolidated Joint Motion to Dismiss will be 50 pages, Plaintiffs' Opposition as 50 pages, and Defendants' consolidated Reply as 25 pages; and (3) any individual Defendant's Rule 12 Motion will be 10 pages, Plaintiffs' Opposition as 10 pages, and Defendant's Reply as 5 pages. Doc. #56 at 3-4.

4.      In the Motion for Extension of Time, the Parties expressly agreed that "any newly-appearing parties will be entitled to join and benefit from the schedule outlined in this motion." Doc. 56 at 1 n.1.

5.      On February 4, 2024, Kansas AG moved for limited intervention as a "Proposed Defendant-Intervenor." *See* Doc. 81 at 1 (self-styled caption of Kansas AG as "Proposed Defendant-Intervenor"); Doc. #81-1 at 1 (same); Doc. #81-2 at 1 (same); Doc. #81-3 at 1 (same).

---

[2] All page limit request by the Parties were exclusive of exhibits and other supporting materials. Doc. #56.

6. On February 7, 2024, the Court granted Kansas AG's Motion for Limited Intervention and ordered Kansas AG to file its motions separately for consideration by the Court. Doc. #85.

7. Kansas AG's proposed Motion to Dismiss Ford County's Class Allegations overlaps completely with the briefing schedule and page limitations on Defendants' forthcoming Motions to Dismiss negotiated by the Parties. *See* Doc. #81-2 at 2-3 (noting that "Defendant-Intervenor State of Kansas, *ex rel*. Kris W. Kobach, Attorney General" will move the Court for dismissal of Ford County's class action allegations "under Federal Rule of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6).").

8. Because the Parties have an agreed upon and Court ordered briefing schedule and page limitations set for Defendants' Motions to Dismiss, Plaintiffs request that as a "newly-appearing part[y]," Doc. #56 at 1 n.1, Kansas AG's Motion to Dismiss must be consolidated with Defendants' joint Motions and the page limits and briefing schedule remain the same for all Motions to Dismiss. As with other individual Defendants, Kansas AG may file an additional Individual Rule 12 Motion addressing concerns unique to it. Doc. 56 at 3.

WHEREFORE, Plaintiffs request that the Court clarify (1) that Kansas AG's Motion to Dismiss must be combined with the Court-ordered briefing schedule on Defendants' Motions to Dismiss to be filed on March 10, 2025; (2) that page limits on the Motions are to remain as set forth in the Court's January 23, 2025 Order, Doc. #58; (3) that Kansas AG is permitted to file an Individual Rule 12 Motion within the briefing schedule and page limitations ordered by the Court; (4) that the Court's Order permitting intervention by Kansas AG, Doc. #85, does not disturb or change any of the Court's previous order on briefing schedules and page limits; and (5) grant such further relief that the Court deems just and proper.

3

Dated: February 7, 2025.

Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, MO #51205
Isaac L. Diel, MO #39503
W. Greg Wright, MO #49545
Sarah T. Bradshaw, MO #66276
Hammons P. Hepner, MO #77258
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Rex A. Sharp
Rex A. Sharp