IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br>    Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br>    Defendants,<br><br>*and*<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General<br><br>    Defendant-Intervenor. | Case No. 4:24-cv-00803-SRB |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs request additional time to oppose Defendant-Intervenor State of Kansas, *ex rel.* Kris W. Kobach, Attorney General's Motion to Dismiss Ford County's Class Allegations and to coordinate briefing on this Motion to Dismiss (Docs. #113, 113-1) with the deadlines for the other forthcoming Motions to Dismiss. Doc. #58. In support of the request, Plaintiffs state:

1.	On March 3, 2025 Defendant-Intervenor State of Kansas, *ex rel.* Kris W. Kobach, Attorney General (hereinafter "Defendant-Intervenor") filed its Motion to Dismiss Ford County's Class Allegations and Suggestions in Support. Docs. #113, 113-1.

2.	Per Local Rule 7(c)(2), Plaintiffs' deadline for suggestions in opposition to this Motion currently Monday, March 17, 2025.

3.	The other Defendants' deadline to file any Motions to Dismiss is March 10, 2025, Plaintiffs' Oppositions to those Motions to Dismiss are due on or before April 18, 2025, and any of Defendants' replies to their Motions to Dismiss are due on or before May 28, 2025. Doc. #58.

4.	Based on this established briefing schedule, Plaintiffs request the Court extend their opposition briefing deadline to Defendant-Intervenor's Motion to Dismiss Ford County's Class

Allegations to be filed on or before April 18, 2025. Plaintiffs also request that any reply filed by Defendant-Intervenor in support of its Motion to Dismiss Ford County's Class Allegations be filed on or before May 28, 2025.

5. Plaintiffs' request would coordinate all briefing on Motions to Dismiss in this case on the same schedule, promoting efficiency between the parties and for the Court.

6. Defendant-Intervenor does not oppose this request.

WHEREFORE, Plaintiffs respectfully request the Court extend the deadline for its Opposition to Defendant-Intervenor filed its Motion to Dismiss Ford County's Class Allegations to be filed on or before April 18, 2025 and any reply to be filed by Defendant-Intervenor to be filed on or before May 28, 2025, and for all other relief the Court deems just and proper.

Dated: March 5, 2025.	Respectfully submitted,

/s/ Rex A. Sharp
Rex A. Sharp, MO #51205
Isaac L. Diel, MO #39503
W. Greg Wright, MO #49545
Sarah T. Bradshaw, MO #66276
Hammons P. Hepner, MO #77258
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rex A. Sharp*
Rex A. Sharp
