IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> EXXON MOBIL CORPORATION, CHEVRON U.S.A. INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br> *Defendants*. <br><br> And <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | Case No. 4:24-00803-SRB <br><br><br> **ORAL ARGUMENT REQUESTED** |

**DOW INC. AND DUPONT DE NEMOURS, INC.'S
MOTION TO DISMISS PURSUANT TO RULE 12(B)(2)**

Defendants Dow Inc. and DuPont de Nemours, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(2), file this Motion to Dismiss Plaintiffs' Amended Class Action Complaint [Doc. 48]. In support of this Motion, Defendants Dow Inc. and DuPont de Nemours, Inc. rely on their

Suggestions in Support and the Declarations of Shandell Massey and Allison A. Schaper (filed herewith). As discussed in the Suggestions in Support, Missouri lacks personal jurisdiction over Defendants Dow Inc. and DuPont de Nemours, Inc. for all counts of Plaintiffs' Amended Class Action Complaint.

Accordingly, Defendants Dow Inc. and DuPont de Nemours, Inc. respectfully request this Court dismiss Plaintiffs' Amended Class Action Complaint for lack of personal jurisdiction.

Respectfully submitted,

Dated: March 10, 2025

/s/ Kara T. Stubbs

Kara T. Stubbs     MO# 43414
**BAKER STERCHI COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: 816-471-2121
Facsimile: 816-472-0288
stubbs@bakersterchi.com

and

Nader R. Boulos, P.C. (Admitted *pro hac vice*)
Daniel E. Laytin, P.C. (Admitted *pro hac vice*)
Jonathan Adair (Admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2198
Facsimile: 312-862-2000
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Counsel for Defendant*
*DuPont De Nemours, Inc.*

Dated: March 10, 2025                                  */s/ Robert J. Hoffman*

                                           Robert J. Hoffman MO# 76565
                                           Robert M. Thompson MO# 38156
                                           Grace E. Martinez MO# 70921
                                           **BRYAN CAVE LEIGHTON PAISNER**
                                           One Kansas City Place
                                           1200 Main Street, Suite 3800
                                           Kansas City, MO 64105
                                           Telephone: 816-374-3229
                                           Facsimile: 816-374-3300
                                           Bob.hoffman@bclplaw.com
                                           Rmthompson@bclplaw.com
                                           Grace.martinez@bclplaw.com

                                           and

                                           Nader R. Boulos, P.C. (admitted *pro hac vice*)
                                           Daniel E. Laytin, P.C. (admitted *pro hac vice*)
                                           Jonathan N. Adair (admitted *pro hac vice*)
                                           **KIRKLAND & ELLIS LLP**
                                           333 West Wolf Point Plaza
                                           Chicago, IL 60654
                                           Telephone: 312-862-2000
                                           Facsimile: 312-862-2200
                                           Nader.boulos@kirkland.com
                                           Daniel.laytin@kirkland.com
                                           Jonathan.adair@kirkland.com

                                           and

                                           Matthew J. Blaschke (*Pro Hac Vice* to be filed)
                                           Bailey J. Langner (*Pro Hac Vice* to be filed)
                                           **KING & SPALDING LLP**
                                           50 California Street, Suite 3300
                                           San Francisco, CA 94111
                                           Telephone: 415-318-1200
                                           Facsimile: 415-318-1300
                                           Bblaschke@kslaw.com
                                           Blangner@kslaw.com

                                           ***Counsel for Defendant***
                                           ***Dow Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 10th day of March 2025, which will send notification of the same to all counsel of record.

      */s/ Kara T. Stubbs*
      Kara T. Stubbs