UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br> *Defendants*, <br><br> And <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | Civil Action No. 4:24-cv-00803 <br><br> Honorable Stephen R. Bough <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
CLASS ACTION COMPLAINT PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

Defendants Exxon Mobil Corporation, Chevron Phillips Chemical Company LP, Chevron U.S.A. Inc., DuPont de Nemours, Inc., Celanese Corporation, Dow Inc., The Dow Chemical Company, Eastman Chemical Company, LyondellBasell Industries, N.V., and American

Chemistry Council (the "**Defendants**"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), move the Court to dismiss Plaintiffs' First Amended Class Action Complaint (Doc. No. 48) in its entirety.[1] In support of this Motion, the Defendants incorporate herein and rely upon their Suggestions in Support filed contemporaneously with this Motion.

WHEREFORE, the Defendants respectfully request that this Court dismiss Plaintiffs' First Amended Class Action Complaint in its entirety pursuant to Rules 12(b)(1) and 12(b)(6).

---

[1] Defendants do not submit to the personal jurisdiction or venue of this Court. Rather, Defendants filed their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint Pursuant to Rule 12(b)(2) as their "first responsive pleading," thereby preserving that defense. *See, e.g.*, *Blessing v. Chandrasekhar*, 988 F.3d 889, 899 (6th Cir. 2021).

Dated: March 10, 2025

Respectfully submitted,

By: /s/ *Richard N. Bien*

Thomas P. Schult, MO Bar # 29986
Jeffrey D. Morris, MO Bar # 45243
Lauren Tallent, MO Bar # 72304
Courtney A. Kroeger, MO Bar # 77213
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Perlette Michèle Jura (admitted *pro hac vice*)
Bradley J. Hamburger (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com
pjura@gibsondunn.com
bhamburger@gibsondunn.com

*Attorneys for Defendant Chevron U.S.A. Inc.*

Kara T. Stubbs MO# 43414
**BAKER STERCHI COWDEN & RICE LLC**

William F. Ford (MO #35116)
bill.ford@lathropgpm.com
Richard N. Bien (MO #31398)
richard.bien@lathropgpm.com
Emma C. Halling (MO #75986)
emma.halling@lathropgpm.com
Grant A. Harse (KS #001043)
grant.harse@lathropgpm.com
Brody Sabor (MO #73421)
brody.sabor@lathropgpm.com
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000

David J. Lender (admitted Pro Hac Vice)
david.lender@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

David R. Singh (Pro Hac Vice to be filed)
david.singh@weil.com
Morgan MacBride (Pro Hac Vice to be filed)
Morgan.macbride@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000

*Attorneys for Defendant Exxon Mobil Corporation*

Robert J. Hoffman MO# 76565
Robert M. Thompson MO# 38156
Grace E. Martinez MO# 70921
**BRYAN CAVE LEIGHTON PAISNER**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Phone: 816-374-3229
Fax: 816-374-3300
Bob.hoffman@bclplaw.com
Rmthompson@bclplaw.com
Grace.martinez@bclplaw.com

2400 Pershing Road, Suite 500
Kansas City, MO 64108
Phone: 816-471-2121
Fax: 816-472-0288
Stubbs@bakersterchi.com

Nader R. Boulos, P.C. (admitted pro hac vice)
Daniel E. Laytin, P.C. (admitted pro hac vice)
Jonathan N. Adair (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Counsel for Defendant DuPont de Nemours, Inc.*

David L. Anderson (admitted *pro hac vice*)
dlanderson@sidley.com
Sheila A.G. Armbrust (admitted *pro hac vice*)
sarmbrust@sidley.com
David A. Goldenberg (admitted *pro hac vice*)
dgoldenberg@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Zachary J. Parker (SBN 71120)
zparker@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

**Attorneys for Defendant American Chemistry Council, INC.**

Michael E. Scoville (Admitted Pro Hac Vice)
**MCGUIREWOODS LLP**
188 16th Street, Suite 500
Black Lives Matter Plaza

Nader R. Boulos, P.C. (admitted pro hac vice)
Daniel E. Laytin, P.C. (admitted pro hac vice)
Jonathan N. Adair (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

Matthew J. Blaschke (Pro Hac Vice to be filed)
mblaschke@kslaw.com
Bailey J. Langner (Pro Hac Vice to be filed)
blangner@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Counsel for Defendants Dow Inc. and The Dow Chemical Company*

Tristan L. Duncan (MO #39525)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
Email: tlduncan@shb.com

Daniel B. Rogers (FL #0195634)
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-5171
Fax: 305-358-7470
Email: drogers@shb.com

*Attorneys for Defendant Chevron Phillips Chemical Company LP*

Washington, DC 20006
Telephone: (202) 828-2812
Facsimile: (202) 828-2980
mscoville@mcguirewoods.com

Gregory J. DuBoff (Admitted Pro Hac Vice)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1154
Facsimile: (804) 775-2054
gduboff@mcguirewoods.com

Karrie J. Clinkinbeard (Bar ID 51413)
Brian M. Nye (Bar ID 69545)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 54108-2617
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
kclinkbinbeard@atllp.com
bnye@atllp.com

*Attorneys for Defendant Eastman Chemical Company*

Richard Godfrey (*pro hac vice*)
richardgodfrey@quinnemanuel.com
R. Allan Pixton (*pro hac vice*)
allanpixton@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Booker T. Shaw, #255480 MO
bshaw@thompsoncoburn.com
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

*Attorneys for Celanese Corporation*

G. Edgar James MO# 49585
James M. Humphrey IV MO# 50200
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone: +1.816.623.0544
Telephone: +1.816.631.0669
ejames@jamessobba.com
jhumphrey@jamessobba.com

David C. Kiernan (admitted *pro hac vice*)
Craig E. Stewart (admitted *pro hac vice*)
Emily F. Knox (admitted *pro hac vice*)
**JONES DAY**
555 California Street, 26th Flr.
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergknox@jonesday.com

Nicole M. Perry (admitted *pro hac vice*)
J. Bruce McDonald (admitted *pro hac vice*)
Andrew M. Ryngaert (admitted *pro hac vice*)
**JONES DAY**
717 Texas, Suite 3300
Houston, TX 77002.2712
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

*Attorneys for Defendant LyondellBasell Industries, N.V.*

5

Case 4:24-cv-00803-SRB    Document 134    Filed 03/10/25    Page 5 of 6

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 10th day of March, 2025, and served via the Court's ECF system upon all counsel of record.

/s/ <i>Richard N. Bien</i><br>
An Attorney for Defendant ExxonMobil Corporation