# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Richard N. Bien, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Morgan D. MacBride, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Defendant Exxon Mobil Corp, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

| | |
|---|---|
| /s/ Richard N. Bien | 31398 |
| **Signature of Movant/Attorney** | **MO Bar Number** |
| | |
| 3/19/2025 | Lathrop GPM LLP |
| **Date** | **Address** |
| | |
| (816) 292-2000 | 2345 Grand Boulevard, Suite 2200 |
| **Phone** | |
| | Kansas City, MO 64108 |

### Affidavit of Proposed Admittee

I, Morgan D. MacBride, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of California and the United States District Court(s) of (see attached). (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

| **Case Number(s):** | **Case Title(s)** |
|---|---|
| 4:24-cv-00803-SRB | Rodriguez et al. v. Exxon Mobil Corporation et al. |

| | |
|---|---|
| **Date:** 3/19/2025 | **Signature:** |
| **State Bar of Residence & Bar Number:** California - No. 301248 | **Address:** Weil, Gotshal & Manges LLP, 201 Redwood Shores Pkwy., Redwood Shores, CA 94065 |
| **Phone:** (650) 802-3000 | **Email:** morgan.macbride@weil.com |

Pursuant to WDMO Local Rule 83.5(g) a fee of $100 is required for each case in which the attorney is seeking admittance.

# Morgan D. MacBride

# Petition for Admission Pro Hac Vice

# Attorney Admissions Addendum

I certify that I am a member in good standing in the United States District Courts of:

- the Central District of California,
- the Northern District of California, and
- the Southern District of California.

/s/ *Morgan D. MacBride*
Morgan D. MacBride