# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>EXXON MOBIL CORPORATION, et al.<br>　　　　Defendants,<br><br>　　　*and*<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General<br><br>　　　　Defendant-Intervenor. | Case No. 4:24-cv-00803-SRB |

### JOINT STIPULATION AND [PROPOSED] CONSENT ORDER REGARDING DEADLINE FOR RULE 26(f) CONFERENCES

The Parties respectfully request a 10-day extension of their deadline to confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(a) from **March 25, 2025** to **April 4, 2025**. Further, the Parties respectfully request an extension of the corresponding deadlines to file a joint proposed scheduling order/discovery plan and make disclosures required by Fed. R. Civ. P. 26(a)(1) from **April 8, 2025**, to **April 15, 2025**, and **April 22, 2025**, respectively. On January 27, 2025, the Court entered its Order Setting Deadlines for Filing of Joint Proposed Scheduling Order and for Rule 26(f) Conference. Doc. #75. In the Order, the Court required that the Parties' Rule 26(f) meetings take place no later than March 25, 2025. However, due to circumstances outside of the Parties' control—including emergency health concerns for Plaintiffs' counsel—the Parties request additional time for the meetings.

Prior to the emergency circumstances, the Parties scheduled several Rule 26(f) meetings to take place, including meetings with counsel for Celanese Corporation on March 17, Chevron

Phillips Chemical Company LP on March 17, Eastman Chemical Company on March 18, the American Chemistry Council on March 19, DuPont de Nemours Inc. and March 19, LyondellBasell Industries, N.V. on March 20, Dow Inc. and the Dow Chemical Company on March 20, and Exxon Mobil Corporation on March 21. However, as noted above, Plaintiffs' counsel cannot attend those meetings as currently scheduled.

The Parties, through their undersigned counsel, have conferred and consented to the entry of this Consent Motion, and good cause has been shown;

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT**

1. The Parties agree that the deadline to have the Rule 26(f) meetings shall be **April 4, 2025**. This extension will allow Plaintiffs' counsel to schedule the necessary Rule 26(f) meetings. The Parties acknowledge that, pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(a), they shall meet to discuss settlement, make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), and develop a proposed discovery plan as required by Fed. R. Civ. P. 26(f).

2. The Parties further agree that the corresponding deadlines to file a joint proposed scheduling order/discovery plan and make disclosures required by Fed. R. Civ. P. 26(a)(1) are likewise extended. The Parties agree that the deadline to file a joint proposed scheduling order/discovery plan shall be **April 15, 2025**. Plaintiff's counsel shall take the lead in preparing the proposed plan. The Parties also agree that the deadline to make disclosures required by Fed. R. Civ. P. 26(a)(1) shall be **April 22, 2025**. This case remains set for a scheduling conference on **April 22, 2025, at 2:30 p.m.** in **Courtroom 7B** at the United States District Courthouse in **Kansas City, Missouri**.

Dated: March 21, 2025.                     Respectfully submitted,

/s/ Rex A. Sharp                            /s/ David R. Singh
Rex A. Sharp, MO #51205                     Richard N. Bien (MO #31398)
Isaac L. Diel, MO #39503                    William F. Ford (MO #35116)
W. Greg Wright, MO #49545                   Emma C. Halling (MO #75986)
Sarah T. Bradshaw, MO #66276                Grant A. Harse (MO #68948)
Hammons P. Hepner, MO #77258                Brody Sabor (MO #73421)
**SHARP LAW, LLP**                          **LATHROP GPM LLP**
4820 W. 75th Street                         2345 Grand Boulevard, Suite 2200
Prairie Village, KS 66208                   Kansas City, Missouri 64108
(913) 901-0505                              Telephone: (816) 292-2000
(913) 261-7564 Fax                          Telecopier: (816) 292-2000
rsharp@midwest-law.com                      richard.bien@lathropgpm.com
idiel@midwest-law.com                       bill.ford@lathropgpm.com
gwright@midwest-law.com                     emma.halling@lathropgpm.com
sbradshaw@midwest-law.com                   grant.harse@lathropgpm.com
hhepner@midwest-law.com                     brody.sabor@lathropgpm.com

Dave Rebein, KS #10476                      David J. Lender (admitted Pro Hac Vice)
**REBEIN BROTHERS, PA**                     david.lender@weil.com
1715 Central Ave.                           **WEIL, GOTSHAL & MANGES LLP**
Dodge City, KS 67801                        767 Fifth Avenue
Tel: (620) 227-08126                        New York, New York 10153
dave@rbr3.com                               Telephone: (212) 310-8000

Glenn I. Kerbs, KS #09754                   David R. Singh (admitted Pro Hac Vice)
Samantha F. Sweley, KS #26833               david.singh@weil.com
**KERBS LAW OFFICE, LLC**                   Morgan MacBride (admitted Pro Hac Vice)
1715 Central Ave.                           Morgan.macbride@weil.com
Dodge City, KS 67801                        **WEIL, GOTSHAL & MANGES LLP**
Tel: (620) 255-0238                         201 Redwood Shores Parkway
gkerbs@kerbslaw.com                         Redwood Shores, California 94065
ssweley@kerbslaw.com                        Telephone: (650) 802-3000

*Attorney for Plaintiffs*                   ***Attorneys for Defendant Exxon Mobil Corporation***
*and the Proposed Class*


                                            Thomas P. Schult, MO Bar # 29986
                                            Jeffrey D. Morris, Mo Bar # 45243
                                            Lauren Tallent, MO Bar # 72304
                                            Courtney A. Kroeger, MO Bar # 77213
                                            **BERKOWITZ OLIVER LLP**
                                            2600 Grand Boulevard, Suite, 1200
                                            Kansas City, Missouri 64108
                                            Telephone: (816) 561-7007

Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (admitted Pro Hac Vice)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (admitted Pro Hac Vice)
Christopher D. Dusseault (admitted Pro Hac Vice)
Perlette Michèle Jura (admitted Pro Hac Vice)
Bradley J. Hamburger (admitted Pro Hac Vice)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com
pjura@gibsondunn.com
bhamburger@gibsondunn.com

***Attorneys for Defendant Chevron U.S.A. Inc.***

Tristan L. Duncan (MO #39525)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
Email: tlduncan@shb.com

Daniel B. Rogers (FL #0195634)
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-5171
Fax: 305-358-7470
Email: drogers@shb.com

***Attorneys for Defendant Chevron Phillips Chemical Company LP***

4

Kara T. Stubbs MO# 43414
**BAKER STERCHI COWDEN & RICE, LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: 816- 471-2121
Facsimile: 816- 472-0288
Stubbs@bakersterchi.com

and

Nader R. Boulos, P.C. (admitted Pro Hac Vice)
Daniel E. Laytin, P.C. (admitted Pro Hac Vice)
Jonathan Adair (admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2198
Facsimile: 312-862-2000
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Counsel for Defendant DuPont de Nemours, Inc.*

Booker T. Shaw, #255480 MO
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
P: 314 552 6000
F: 314 552 7000
bshaw@thompsoncoburn.com

Richard Godfrey (Pro Hac Vice to be filed)
R. Allan Pixton (Pro Hac Vice to be filed)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacher Dr., Ste. 2700
Chicago, IL 60606
P: 312 705 7400
F: 312 705 7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

*Attorneys for Defendant Celanese Corporation*

5

Robert J. Hoffman MO# 76565
Robert M. Thompson MO# 38156
Grace E. Martinez MO# 70921
**BRYAN CAVE LEIGHTON PAISNER**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Telephone: 816-374-3229
Facsimile: 816-374-3300
Bob.hoffman@bclplaw.com
Rmthompson@bclplaw.com
Grace.martinez@bclplaw.com

and

Nader R. Boulos, P.C. (admitted Pro Hac Vice)
Daniel E. Laytin, P.C. (admitted Pro Hac Vice)
Jonathan N. Adair (admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

and

Matthew J. Blaschke (Pro Hac Vice to be filed)
Bailey J. Langner (Pro Hac Vice to be filed)
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: 415-318-1200
Facsimile: 415-318-1300
Bblaschke@kslaw.com
Blangner@kslaw.com


*Counsel for Defendants Dow Inc. and The Dow Chemical Company*

Karrie J. Clinkinbeard #51413
Brian M. Nye  #69545
**ARMSTRONG TEASDALE LLP**

6

2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@atllp.com
bnye@atllp.com

Gregory J. DuBoff (admitted Pro Hac Vice)
**MCGUIREWOODS LLP**
800 E. Canal Street
Richmond, Virginia 23219
(804) 775-1000
rtaylor@mcguirewoods.com
gduboff@mcguirewoods.com

Michael E. Scoville (admitted Pro Hac Vice)
**MCGUIREWOODS LLP**
888 16th Street NW
Washington, D.C. 20006
(202) 857-1700
mscoville@mcguirewoods.com

*Attorneys for Defendant Eastman Chemical Company*

G. Edgar James MO# 49585
James M. Humphrey IV MO# 50200
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone: +1.816.623.0544
Telephone: +1.816.631.0669
ejames@jamessobba.com
jhumphrey@jamessobba.com

David C. Kiernan (admitted Pro Hac Vice)
Craig E. Stewart (admitted Pro Hac Vice)
Emily F. Knox (admitted Pro Hac Vice)
**JONES DAY**
555 California Street, 26th Flr.
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergkknox@jonesday.com

Nicole M. Perry (admitted Pro Hac Vice)
J. Bruce McDonald (admitted Pro Hac Vice)
Andrew M. Ryngaert (admitted Pro Hac Vice)
**JONES DAY**
717 Texas, Suite 3300
Houston, TX 77002.2712
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

*Attorneys for Defendant LyondellBasell Industries N.V.*

Dave L. Anderson (admitted Pro Hac Vice)
dlanderson@sidley.com
Sheila A. G. Armbrust (admitted Pro Hac Vice)
sarmbrust@sidley.com
David A. Goldenberg (admitted Pro Hac Vice)
dgoldenberg@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200

Zachary J. Parker (SBN 71120)
zparker@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Defendant American Chemistry Council*


/s/ Nicholas C. Smith
Melanie S. Jack, W.D. Mo. No. KS-001292
  *First Assistant Attorney General*
Nicholas C. Smith, W.D. Mo. No. KS-001290
  *Assistant Attorney General*
Adam T. Steinhilber, Mo. Bar No. 73959
  *Assistant Solicitor General*
**OFFICE OF ATTORNEY GENERAL KRIS W. KOBACH**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

8

Phone: (785) 296-3751
Fax:    (785) 291-3699
Email: Melanie.Jack@ag.ks.gov
        Nicholas.Smith@ag.ks.gov
        Adam.Steinhilber@ag.ks.gov

***Attorneys for Defendant-Intervenor***
***State of Kansas***

## CERTIFICATE OF SERVICE

I hereby certify that on the March 21, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rex A. Sharp*
Rex A. Sharp

9