IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br>　　　Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br>　　　Defendants,<br><br>*and*<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General<br><br>　　　Defendant-Intervenor. | Case No. 4:24-cv-00803-SRB |

## PLAINTIFFS' [UNOPPOSED] MOTION FOR EXTENSION OF TIME

Plaintiffs request additional time to respond to the Brief of Amicus Curiae The Chamber of Commerce of the United States of America. Doc. #152. Plaintiffs request the deadline to respond be **April 18, 2025**. In support of the request, Plaintiffs state:

　　1.　　On March 19, 2025, The Chamber of Commerce of the United States of America (the "Chamber") filed an amicus curiae brief in support of Defendants' Motions to Dismiss (the "amicus curiae brief"). Doc. #152.

　　2.　　Per Local Rule 7(c)(2), Plaintiffs' deadline for response to the Chamber's amicus curiae brief is currently Wednesday, April 2, 2025.

　　3.　　In light of the established briefing schedule on Defendants' motions to dismiss, Doc. #58, Plaintiffs request the Court extend their response deadline to the Chamber's amicus curiae brief to **April 18, 2025**.

　　4.　　Plaintiffs' request would coordinate briefing related to Defendants' motions to dismiss, promoting efficiency between the Parties and for the Court.

　　5.　　The Chamber does not oppose this request.

WHEREFORE, Plaintiffs request the Court extend their deadline to respond to the Chamber's amicus curiae brief to **April 18, 2025** and for all other relief the Court deems just and proper.

Dated: March 21, 2025.                    Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, MO #51205
Isaac L. Diel, MO #39503
W. Greg Wright, MO #49545
Sarah T. Bradshaw, MO #66276
Hammons P. Hepner, MO #77258
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Rex A. Sharp
Rex A. Sharp
