IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 24-00803-CV-W-SRB |
| | ) |
| EXXON MOBIL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the United States Court of Appeals for the Eighth Circuit's Judgment and Mandate dated April 1, 2025, it is hereby ORDERED that:

(1) the Clerk of Court is directed to TRANSFER this case to the United States District Court for the District of Kansas for all further proceedings; and

(2) all motions currently pending are DENIED WITHOUT PREJUDICE, and if applicable, are subject to refiling in the United States District Court for the District of Kansas.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2025